No. 94–6263. DEGGENDORF ET AL. v. MICHIGAN. Ct. App. Mich.; and
No. 94–6293. SAMPANG v. DETRICK. C. A. 4th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 19, 1994, within which to

pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.